JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street
P.O. Box 298
Bridgeton, New Jersey - 08302
(856) 451-7600
JM:5998
Attorney for Chapter 7 Trustee

|  |  |
|---|---|
| IN THE MATTER OF: } | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Pamela A. Zook, } | In Bankruptcy Proceeding: Chapter 7 |
| Debtor(s) } | Case No: 21-13951/ABA |

## STIPULATION OF SETTLEMENT

This Settlement Agreement is entered into on this __20th__ day of __August__, 2021, by and between Joseph D. Marchand, Esquire, Chapter 7 Bankruptcy Trustee Pamela A. Zook;

WHEREAS, Pamela A. Zook filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on or about May 12, 2021, in the United States Bankruptcy Court for the District of New Jersey, Camden Vicinage, bearing Case No. 21-13951/ABA; and

WHEREAS, the bankruptcy case of Pamela A. Zook continues to proceed under Chapter 7 of the Bankruptcy Code; and

WHEREAS, Joseph D. Marchand, Esquire, Trustee (the "Trustee") is the duly appointed and acting Chapter 7 Bankruptcy Trustee regarding the estate for the aforementioned Bankruptcy Estate; and

WHEREAS, during the course of administration of this Estate, the Trustee determined that there was equity in Real Estate located at 228 Allens Lane, Mullica Hill, NJ, which would justify said property being liquidated in the sum of $215,000.00, with the Debtor maintaining a 100% interest in the Real Estate; and

WHEREAS, the Trustee and Pamela A. Zook have entered into this Settlement Agreement to resolve the liquidation of the above stated real estate.

NOW, THEREFORE, based upon the recitals set forth above, which are incorporated herein by reference and for a sum of $8,000.00 to be paid to the Bankruptcy Estate by Pamela A. Zook, the Trustee, and Pamela A. Zook, Debtor, intending to be legally bound, agree as follows:

1. This settlement is subject to there being no successful objections to the Notice of Settlement of Controversy, which will be forwarded by the Trustee to the Clerk's Office for noticing purposes. In the event an objection is sustained, this Settlement Agreement is deemed null and void.

2. Pamela A. Zook, Debtor, agrees to pay the Bankruptcy Estate, and the Trustee for the Estate agrees to accept $8,000.00, in lieu of the Trustee exercising his powers to liquidate the Real Estate located at 228 Allens Lane, Mullica Hill, NJ.

Debtor agrees to waive any Exemption in said real estate and/or the proceeds from this Settlement.

The payment shall be made by Certified Check or Cashier's Check, and shall be paid to the Bankruptcy Estate when the Stipulation of Settlement is executed by the Petitioner.

The check shall be made payable to: *Pamela A. Zook, Chapter 7 Bankruptcy, Joseph D. Marchand, Trustee.*

3. No sale of the real estate is being effectuated to the Debtor since she already owns a 100% interest in same, and the Trustee is merely not exercising his powers to effectuate a liquidation of the property in lieu of payment as stated above.

4. The Trustee, the Bankruptcy Estate of Pamela A. Zook, and the Debtor, Pamela A. Zook, hereby generally release each other from any and all claims, demands and causes of action, which may exist by and between the parties for anything that has happened from the beginning of time until now, as to this settlement involving the Real Estate only.

5. Debtor, Pamela A. Zook, waives all claims against the Trustee and the Bankruptcy Estate of Veronica M. Celeste and shall receive no distribution in said case, and shall not file a Proof of Claim in this bankruptcy, nor shall she receive any money with reference to any Exemption as to this settlement involving the Real Estate only.

6. This Settlement Agreement shall be binding upon each party's successors and assigns.

7. By signing below, each party executing this Settlement Agreement represents that they have the legal authority to bind the party they are signing on behalf of. The parties' execution of this Settlement Agreement may be signed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Bankruptcy Estate of Pamela A. Zook

By: Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

Dated 8/23/2021

Pamela A. Zook, Debtor

Dated: 8/20/21

Richard S. Hoffman, Jr., Esquire
Attorney for Debtor

Dated 8/20/21