UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998)
Chapter 7 Trustee

**Order Filed on August 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Pamela A. Zook

| | |
|---|---|
| Case No.: | 21-13951/ABA |
| Judge: | Andrew B. Altenburg |
| Chapter: | 7 |

Recommended Local Form:  ☑ Followed   ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF  ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: August 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:        Pamela A. Zook _____

Case No.:     21-13951/ABA _____

Applicant:    Joseph D. Marchand, Esquire _____

(check all that apply) ☑ Trustee: ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

                ☐ Debtor: ☐ Chap. 11        ☐ Chap. 13

                ☐ Official Committee of _____

Name of Professional:        Joseph D. Marchand, Esquire _____

Address of Professional:     117-119 West Broad Street _____

                                    PO Box 298 _____

                                    Bridgeton, NJ  08302 _____

                _____

        ☑ Attorney for (check all that apply):

                ☑ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Accountant for:

                ☐ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Other Professional:

                ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

                ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*