Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−13951−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Pamela A Zook
 fka Pamela A Millard
 228 Allens Lane
 Mullica Hill, NJ 08062

Social Security No.:
 xxx−xx−4554

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement od Controversy:

Description of Property (if applicable):

Buyout of Equity in Real Estate

Dated: September 15, 2021
JAN: lgr

Jeanne Naughton
Clerk