UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on December 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pamela A. Zook,

Debtor

Case No. 21-13951/ABA

Hearing date:  December 21, 2021

Judge:  Andrew B. Altenburg, Jr.

### *ORDER EXPUNGING THE CLAIM OF ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING*

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 21, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

---

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for Pamela A. Zook, for an Order Expunging the Claim of ACAR Leasing Ltd. d/b/a GM Financial Leasing, and good cause appearing therefore, it is hereby

**ORDERED THAT** the claim #1 of ACAR Leasing Ltd. d/b/a GM Financial Leasing is hereby expunged.