JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street, PO Box 298
Bridgeton, New Jersey - 08302
(856) 451-7600
Attorney for Trustee
JM5998

|  |  |
|---|---|
| _____ | UNITED STATES BANKRUPTCY COURT |
| In The Matter Of:           } | FOR THE DISTRICT OF NEW JERSEY |
| } | Chapter 7 |
| Pamela A. Zook,           } |  |
| } | Case No: 21-13951/ABA |
| } |  |
| Debtor(s).           } |  |
| } | Motion Returnable: December 21, 2021 |
| } |  |

CERTIFICATE OF SERVICE:  PROOF OF FILING AND MAILING

**PROOF OF FILING:** The undersigned, Chapter 7 Bankruptcy Trustee and Attorney for Trustee, does hereby certify that the original of the within Certificate of Service was electronically filed with the Clerk, United States Bankruptcy Court, U.S. Post Office and Court House, 401 Market Street, Camden, NJ 08101-2067.

Dated:  December 22, 2021        /s/ Joseph D. Marchand_____
                                 JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
                                 Attorney for Chapter 7 Trustee

PROOF OF MAILING:    On **December 22, 2021,** the undersigned Secretary to Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee for the debtor(s) herein, does certify that a copy of the Order Expunging the Claim of ACAR Leasing ltd d/b/a GM Financial Leasing, executed by Judge Altenburg on December 21, 2021, was served on All Parties to Motion previously served listed herein, by first-class mail, or by electronic mail, where applicable.

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 22, 2021        /s/ Mandy M. Hopf_____
                                Mandy M. Hopf
                                Secretary to Joseph D. Marchand, Esquire

1

ECF: US Trustee's Office
ECF: Richard S. Hoffman, Jr., Esquire

ACAR Leasing Ltd d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Lorenzo Nunez
ACAR Leasing Ltd d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 7609

Richard S. Hoffman, Jr., Esquire
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062

Pamela A Zook
228 Allens Lane
Mullica Hill, NJ 08062

GM Financial
PO Box 181145
Arlington, TX 76096

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106