UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

In Re:

Pamela A. Zook,

Debtor

Case No. 21-13951/ABA

Hearing date: December 21, 2021

Judge: Andrew B. Altenburg, Jr.

### ORDER EXPUNGING THE CLAIM OF ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 21, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for Pamela A. Zook, for an Order Expunging the Claim of ACAR Leasing Ltd. d/b/a GM Financial Leasing, and good cause appearing therefore, it is hereby

**ORDERED THAT** the claim #1 of ACAR Leasing Ltd. d/b/a GM Financial Leasing is hereby expunged.

United States Bankruptcy Court

District of New Jersey

In re:  
Pamela A Zook  
    Debtor

Case No. 21-13951-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin     Page 1 of 2  
Date Rcvd: Dec 21, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela A Zook, 228 Allens Lane, Mullica Hill, NJ 08062-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Richard S. Hoffman, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Pamela A Zook rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7