**JOSEPH D. MARCHAND**
*ATTORNEY AT LAW*
**117-119 West Broad Street**
**P.O. Box 298**
**Bridgeton, New Jersey 08302**
**(856-451-7600)**

Member of NJ & PA Bar

January 26, 2022
*(CM/ECF)*

Clerk, United States Bankruptcy Court
U.S. Post Office & Court House
P.O. Box 2067 – 401 Market St.
Camden, NJ 08101-2067

**RE:**   **Debtor(s):  Pamela A. Zook**
       **Chapter 7 Bankruptcy Case No. 21-13951/ABA**

Dear Clerk:

The final Motion has been filed in this case.  The Trustee's Final Account and Report (TFR) is now being prepared.  The Trustee therefore requests the Clerk's Certification of Noticing Fees and Invoice for Collection of Administrative Expenses with regard to this Estate.

Very truly yours,

/s/ Joseph D. Marchand

JOSEPH D. MARCHAND, ESQUIRE
Chapter 7 Bankruptcy Trustee

JDM:mmh