Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  21−13951−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela A Zook
   fka Pamela A Millard
   228 Allens Lane
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−4554

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     3/24/22
Time:     02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ
08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

_____

APPLICANT(S)
Joseph Marchand, Trustee's Attorney, period: 8/26/2021 to 2/10/2022.

COMMISSION OR FEES
fee: $1,760.00.

EXPENSES
$102.34.

_____

If this is a chapter 13 case, the fees and expenses awarded:

     ☐     will not reduce the amount to be paid to general unsecured
           creditors under the plan.

     ☐     will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 10, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 21-13951-ABA

Pamela A Zook                                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                                Page 1 of 2
Date Rcvd: Feb 10, 2022                               Form ID: 137                                              Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A Zook, 228 Allens Lane, Mullica Hill, NJ 08062-2005 |
| acc | + | Donna Miller, Giuliano, Miller & Company, LLC, 2301 E. Evesham Road, Pavilion 800, Suite 210, Voorhees, NJ 08043-4501 |
| acc | + | Giuliano, Miller & Company LLC, 2301 E. Evesham Road, Pavilion 800, Suite 201, Voorhees, NJ 08043-4504 |
| 519284853 | | Comenity - My BJ's Perks Mastercard, PO Box 650113, Dallas, TX 75265-0113 |
| 519209505 | | Goldman Sachs Bank, USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519209507 | + | Navient/RKL Fincl Corp, 123 S Justison St, Fl 3, Wilmington, DE 19801-5363 |
| 519209508 | + | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519209510 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519209511 | + | Zwicker & Associates, LLC, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2022 20:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519220885 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 10 2022 20:44:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519209502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 20:55:36 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519300615 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209503 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 10 2022 20:44:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519209504 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 10 2022 20:44:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 519292991 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:38 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209506 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519358183 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2022 20:44:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519295942 | + | Email/PDF: pa_dc_claims@navient.com | Feb 10 2022 20:55:49 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 10, 2022 | Form ID: 137 | Total Noticed: 25

| 519358197 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 10 2022 20:44:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519351609 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 10 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519209509 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Feb 10 2022 20:44:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519210093 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 10 2022 20:55:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022

Signature: ___/s/Joseph Speetjens___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Pamela A Zook rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7