Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13951−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela A Zook
   fka Pamela A Millard
   228 Allens Lane
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−4554

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:         April 14, 2022
TIME:         02:00 PM
LOCATION:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $8,000.00
TOTAL DISBURSEMENTS:     $50.20
BALANCE ON HAND:         $7,949.80

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Joseph D. Marchand

COMMISSION OR FEES
Fee $1,550.00

EXPENSES
$55.78.

The trustee's application to abandon the following property will be heard and acted upon:
Books and Records

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: March 14, 2022
JAN: lgr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-13951-ABA

Pamela A Zook     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Mar 14, 2022     Form ID: 192     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A Zook, 228 Allens Lane, Mullica Hill, NJ 08062-2005 |
| acc | + | Donna Miller, Giuliano, Miller & Company, LLC, 2301 E. Evesham Road, Pavilion 800, Suite 210, Voorhees, NJ 08043-4501 |
| acc | + | Giuliano, Miller & Company LLC, 2301 E. Evesham Road, Pavilion 800, Suite 201, Voorhees, NJ 08043-4504 |
| 519284853 | | Comenity - My BJ's Perks Mastercard, PO Box 650113, Dallas, TX 75265-0113 |
| 519209505 | | Goldman Sachs Bank, USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519209507 | + | Navient/RKL Fincl Corp, 123 S Justison St, Fl 3, Wilmington, DE 19801-5363 |
| 519209508 | + | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519209510 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519209511 | + | Zwicker & Associates, LLC, 1020 Laurel Oak Road, Sute 303, Voorhees, NJ 08043-3518 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 14 2022 20:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519220885 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2022 20:36:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519209502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2022 20:47:06 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519300615 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2022 20:47:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209503 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2022 20:36:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519209504 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2022 20:36:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 519292991 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2022 20:47:18 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209506 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2022 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519358183 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2022 20:36:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519295942 | + | Email/PDF: pa_dc_claims@navient.com | Mar 14 2022 20:47:07 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |

Case 21-13951-ABA    Doc 47    Filed 03/16/22    Entered 03/17/22 00:12:53    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: 192 | Total Noticed: 25 |

| 519358197 | + Email/Text: bncmail@w-legal.com | Mar 14 2022 20:36:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519351609 | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2022 20:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519209509 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 14 2022 20:36:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519210093 | + Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Joseph Marchand
on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net

Joseph Marchand
jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Richard S. Hoffman, Jr.
on behalf of Debtor Pamela A Zook rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7