UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | | |
|---|---|---|
| In Re: | : | Case No. 21-13951/ABA |
| Pamela A. Zook, | : | Final Hearing:  March 24, 2022 |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

## ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
## TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 24, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):      Pamela A. Zook
Case No:        21-13951/ABA

_____

      Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

      **ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $1,760.00 and shall be allotted Expenses in the amount of $102.34 for a total award of $1,862.34