UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | | |
|---|---|---|
| In Re: | : | Case No. 21-13951/ABA |
| Pamela A. Zook, | : | |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 14, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):     Pamela A. Zook
Case No:       21-13951/ABA

---

Upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of <u>$1,550.00</u> is reasonable Compensation for the services rendered in this case by <u>*JOSEPH D. MARCHAND, ESQUIRE,*</u> Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that <u>$55.78</u> is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.