| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>2301 E. Evesham Road<br>800 Pavilion, Suite 210<br>Voorhees, New Jersey 08043<br>(856) 767-3000<br>Accountants for Trustee, Joseph D. Marchand | Order Filed on April 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>   PAMELA A. ZOOK<br>    *a/k/a Pamela A. Millard*,<br><br>                   Debtor. | Case No.: 21-13951/ABA<br><br>Chapter 7<br><br>Hearing Date: March 24, 2022<br><br>Judge: Andrew B. Altenburg, Jr. |

**AMENDED ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 18, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | PAMELA A. ZOOK |
| Case No: | 21-13951/ABA |
| Caption of Order: | **AMENDED ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS FOR THE TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants for the Trustee, upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants for the Trustee herein, be and is hereby allowed compensation for services rendered in the sum of $1,955.00 with reimbursement of expenses in sum of $24.59, for a total allowance herein of $1,979.59 for the period September 29, 2021 through November 30, 2021.